# United States Court of Appeals
## For the First Circuit

No. 17-1296

ALLCO RENEWABLE ENERGY LIMITED,

Plaintiff, Appellant,

v.

MASSACHUSETTS ELECTRIC COMPANY, agent of National Grid;
ANGELA M. O'CONNOR, individually and in her official capacity as
Chairperson of the DPU; JOLETTE A. WESTBROOK, individually and
in her official capacity as Commissioner of the DPU;
ROBERT HAYDEN, individually and in his official capacity as
Commissioner of the DPU; JUDITH JUDSON, individually and in her
official capacity as Commissioner of the MDER,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on November 13, 2017, is amended as follows:

On page 12, lines 13-14, replace "it furthers" with "it further argues."

On page 14, lines 5-6, replace "it furthers" with "it further argues."

On page 19, line 18, replace "that argument" with "the argument."

On page 21, line 24, replace "favorable" with "favor."